## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **John P. Wells** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **17-14750-mdc** |

### ORDER

**AND NOW,** this 22nd day of January, 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,000.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge