United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14750-mdc
John P. Wells                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jan 23, 2018
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
db           +John P. Wells,    4703 Woodland Avenue,    Drexel Hill, PA 19026-4320
cr            First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    P.O. Box 503430,
               San Diego, CA  92150-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jan 24 2018 02:15:11     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2018 02:14:44     Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2018 02:15:10     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit, Inc. KMcDonald@blankrome.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor John P. Wells msbankruptcy@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **John P. Wells**           :     **Chapter 13**
                                       :     **Bankruptcy No.**
                                       :     **17-14750-mdc**

## ORDER

AND NOW, this  22nd  day of  January  , 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,000.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge