Certificate Number: 15317-PAE-DE-036238389

Bankruptcy Case Number: 17-14750



15317-PAE-DE-036238389

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2022, at 2:39 o'clock PM PST, John Wells completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 3, 2022    By:  /s/Mariel Macrohon

Name:  Mariel Macrohon

Title:  Counselor