United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 17-14750-mdc

John P. Wells                                                                          Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Wells, 4703 Woodland Avenue, Drexel Hill, PA 19026-4320 |
| 13975164 | + | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 14013929 | + | Loan Depot, LLC, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 13950869 | + | Loandepot.com, PO Box 11733, Newark, NJ 07101-4733 |
| 13987636 | + | TD BANK, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2022 01:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 01:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13950862 | + | Email/Text: bncnotifications@pheaa.org | Oct 13 2022 01:02:00 | Aes/suntrust, Pob 61047, Harrisburg, PA 17106-1047 |
| 13971944 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 01:12:38 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13950863 | + | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 01:12:38 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13950864 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 13 2022 01:02:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 13950865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 01:12:50 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 13959453 | | Email/Text: mrdiscen@discover.com | Oct 13 2022 01:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13950867 | + | Email/Text: mrdiscen@discover.com | Oct 13 2022 01:02:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13993301 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 01:12:44 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13950866 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 01:12:44 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 13950868 | + | Email/Text: bk@lendingclub.com | Oct 13 2022 01:02:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13988538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 01:12:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13999859 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 01:02:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA |

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: Oct 12, 2022      Form ID: 138OBJ      Total Noticed: 24

| | | | |
|---|---|---|---|
| | | | 98083-0788 |
| 14696395 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 13 2022 01:12:38 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13950870 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Oct 13 2022 01:12:38 | Sofi Lending Corp, 375 Healdsburg Ave Ste 2, Healdsburg, CA 95448-4150 |
| 13950871 | Email/Text: bankruptcy@td.com | | |
| | | Oct 13 2022 01:02:00 | Td Bank Na, 70 Gray Rd, Portland, ME 04105 |
| 13979726 | + Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | Oct 13 2022 01:02:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13950872 | + Email/Text: vci.bkcy@vwcredit.com | | |
| | | Oct 13 2022 01:02:00 | Vw Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor VW Credit  Inc. bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor John P. Wells msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: John P. Wells

          Debtor(s)

Case No: 17−14750−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/22